UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| LEO TYLER, JR. | ) | |
| | ) | CASE NO. A14-69746-PWB |
| | ) | |
| DEBTOR(S) | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: LEO TYLER, JR.
Check Number: 2539519
Check Date: 7/16/2015
Check Amount: $1,760.00

These funds are being remitted to the Registry because the payee has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this day, August 13, 2015 , served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

THE COCHRAN FIRM BKR, LLP
547 PONCE DE LEON AVENUE
SUITE 150
ATLANTA, GA  30308

/S/
_____
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 716063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110